IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>BUETTNER, KEVIN DAIN AND JENNIFER ROSE<br><br>Debtors. | Case No. 08-15475-TMW<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Joel C. Hall, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3011 Fed.R.Bankr.P. and reports to the Court Clerk the following are dividends unclaimed funds (see attached).

A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.

DATE: June 10, 2010

s/Joel Hall
Joel C. Hall, #13643
3030 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK  73102
(405) 232-3800  Telephone

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-15475 - BUETTNER, KEVIN DAIN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Morningstar Emergency Phys**<br>9301 S. Western Ave<br>OKC, OK  73139 | 000004 | 7.54 | 0.36 |
| **OU Physicians**<br>PO Bow 269026<br>Okc, OK  73126 | 000006 | 69.14 | 3.31 |
| ---------- Remittance Total -------------- | | 76.68 | 3.67 |

JOEL HALL, TRUSTEE